UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                         Criminal No. 12-cr-37-01-PB

Daniel Hufstetler

## O R D E R

I hereby recuse myself from this case as Attorney Mark Sisti has filed an appearance on behalf of the defendant.

SO ORDERED.

April 20, 2012                              /s/ Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge

cc:    Counsel of Record
        US Probation
        US Marshal